DELMER TAYLOR v. GREENSBORO NEWS COMPANY

No. 363PA82

(Filed 11 January 1983)

ON 21 September 1982 we granted plaintiff's petition for discretionary review, G.S. 7A-31(c), of a decision of the Court of Apeals, 57 N.C. App. 426, 291 S.E. 2d 852 (1982), affirming summary judgment for defendant entered by *Judge Collier* at the 18 June 1981 Session of GUILFORD Superior Court, Greensboro Division. We likewise denied defendant's motion to dismiss plaintiff's appeal grounded on plaintiff's contention that a substantial constitutional question was involved in the case. G.S. 7A-30(1).

*Anne R. Littlejohn for plaintiff appellant.*

*Smith, Moore, Smith, Schell & Hunter by Richard W. Ellis and Alan W. Duncan, for defendant appellee.*

PER CURIAM.

This is an action for libel. Both parties moved for summary judgment in the trial court on stipulated facts. The stipulation is set out in full and verbatim in the Court of Appeals' opinion. The Court of Appeals decided that the trial court correctly allowed defendant's motion for summary judgment because on the stipulated facts plaintiff would not be able to show at trial that the allegedly defamatory statement was published with actual malice. After carefully reviewing the record and briefs and hearing oral arguments on the correctness of the Court of Appeals' decision, we are satisfied that we improvidently granted plaintiff's petition for further review and likewise improvidently denied defendant's motion to dismiss plaintiff's appeal. Our orders granting discretionary review and denying defendant's motion to dismiss the appeal are vacated; and, because we discern no substantial constitutional question in the case, plaintiff's appeal is dismissed.

Discretionary review improvidently granted; plaintiff's appeal dismissed.